# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL NO: 15-cv-01848-DWF-SER

| | | |
|---|---|---|
| VALERIE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MERCANTILE ADJUSTMENT, | ) | **NOTICE OF SETTLEMENT** |
| BUREAU, LLC. | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff, VALERIE THOMAS ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (60) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Dated: May 1, 2015      By: /s/ J.D. Haas
　　　　　　　　　　　　　J.D. Haas, Esquire
　　　　　　　　　　　　　The Law Office of J.D. Haas
　　　　　　　　　　　　　8151 33rd Avenue S., Suite 208
　　　　　　　　　　　　　Bloomington, MN 55425
　　　　　　　　　　　　　jdhaas@jdhaas.com
　　　　　　　　　　　　　Direct Dial: (952) 854-5044
　　　　　　　　　　　　　Fax: (952) 854-1665
　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ J.D. Haas
J.D. Haas
Attorney for Plaintiff
