## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA


Valerie Thomas,                                                    Civil No. 15-1848 (DWF/SER)

        Plaintiff,

v.                                                                 **ORDER OF DISMISSAL**

Mercantile Adjustment Bureau, LLC,

        Defendant.


      The Court has been advised that this action has been settled, and therefore

      **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on

the merits, without costs or disbursements to any party, with the Court maintaining

jurisdiction for 60 days to permit any party to submit a stipulated form of final judgment

or to move to reopen the action for good cause.


Dated: February 5, 2016                          s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge